# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.:99-687-CR-UNGARO

vs.

JOSE JAIME BEJARANO,

      Defendant.
_____/

## AFFIDAVIT OF JOSE JAIME BEJARANO

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

FILED by _____ D.C.
MAG. SEC.
JUL 8 - 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA    MIAMI

BEFORE ME, the undersigned authority, this day personally appeared JOSE JAIME BEJARANO, who being first duly sworn, says:

1. The statements made herein are made upon my own personal knowledge.
2. My name is Jose Jaime Bejarano and I am over the age of 18.
3. I am the Defendant in the above captioned case.
4. I live at our family home located at 12210 N.W. 77th Manor, Parkland, Florida 33076.
5. This house was purchased by myself and my wife, Ilma Orjuela on August 14, 2003.
6. This house will be used as collateral to satisfy the $100,000 Corporate Surety bond which was entered on May 6, 2005.
7. None of the money used to purchase, finance, or maintain this house have come the proceeds of any illegal or unlawful activity.
8. The premium for my bond will come from the proceeds of my wife's business, Pet Pleasers Grooming Salon, Inc., located at 620 S. State Road 7, Margate, FL 33068.

9. None of the money used to purchase, finance, maintain or operate this business have come from the proceeds of any illegal or unlawful activity.

Sworn to and subscribed before me this 7th day of July, 2005.

_____        _____
NOTARY PUBLIC, State of Florida              JOSE JAIME BEJARANO

DAVID M. TRONTZ
Commission # DD0191263
Expires 3/9/2007
Bonded through
(800-432-4254)  Florida Notary Assn., Inc.