## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.:99-687-CR-UNGARO

vs.

JOSE JAIME BEJARANO,

    Defendant.
_____/

### AFFIDAVIT OF ILMA ORJUELA



STATE OF FLORIDA

COUNTY OF MIAMI-DADE

    BEFORE ME, the undersigned authority, this day personally appeared ILMA ORJUELA, who being first duly sworn, says:

1. The statements made herein are made upon my own personal knowledge.
2. My name is Ilma Orjuela and I am over the age of 18.
3. I am the wife of the above named Defendant, Jose Jaime Bejarano.
4. I live at our family home located at 12210 N.W. 77th Manor, Parkland, Florida 33076.
5. This house was purchased by myself and the Defendant, Jose Jaime Bejarano, on August 14, 2003.
6. This house will be used as collateral to satisfy the $100,000 Corporate Surety bond which was entered on May 6, 2005.
7. None of the money used to purchase, finance, or maintain this house have come the proceeds of any illegal or unlawful activity.
8. The premium for the Defendant's bond will come from the proceeds of my business, Pet Pleasers Grooming Salon, Inc., located at 620 S. State Road 7, Margate, FL 33068.

9. None of the money used to purchase, finance, maintain or operate this business have come from the proceeds of any illegal or unlawful activity.

Sworn to and subscribed before me this 7th day of July, 2005.

_____
NOTARY PUBLIC, State of Florida



DAVID M. TRONTZ
Commission # DD0191263
Expires 3/9/2007
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

_____
ILMA ORJUELA