UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-687-CR-UNGARO/BROWN

UNITED STATES OF AMERICA

v.

JOSE JAIME BEJARANO,

      Defendant.
_____/



FILED by _____ D.C.
INTAKE
JUL 29 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment in this case as to defendant JOSE JAIME BEJARANO.

                                         Respectfully submitted,

                                         By: _____
                                         R. ALEXANDER ACOSTA
                                         UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: July 29, 2005

                                         _____
                                         URSULA UNGARO
                                         UNITED STATES DISTRICT JUDGE

cc:    U.S. Marshal
       Pretrial Services
       AUSA Matthew S. Axelrod
       David A. Donet, Jr., Esq.